ANNE M. SU, SBN 297985
Homeless Action Center
2601 San Pablo Ave.
Oakland, CA 94611
(510) 695-2260 x 304 tel
(510) 858-7867 fax
asu@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>    Defendant. | CIVIL NO. 4:18-cv-7153<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from today, June 7, 2019 to June 21, 2019, for Plaintiff to submit Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Defendant does not oppose the requested extension.

Dated this 7th day of June, 2019                  Respectfully Submitted,

/s/ *Anne M. Su*
_____
ANNE MARIE SU
Attorney for ELIZABETH SIMS

HOMELESS ACTION CENTER
2601 San Pablo Ave.
Oakland, CA 94612


/s/ *Tina Naicker*
*(as authorized by email on 6/7/19)*
_____
Tina Naicker
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**


**DATED:** June 10, 2019

_____
THE HONORABLE THOMAS S. HIXON
UNITED STATES MAGISTRATE JUDGE